# IN THE SUPREME COURT OF THE STATE OF NEVADA

G2 VENTURES, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Appellant,
vs.
NATIONSTAR MORTGAGE, LLC,
Respondent.

No. 76583

FILED

NOV 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from an order granting summary judgment and denying a countermotion for summary judgment. Eighth Judicial District Court, Clark County; Jerry A. Wiese, Judge.

Our preliminary review of the docketing statement and the documents submitted to this court pursuant to NRAP 3(g) revealed a potential jurisdictional defect. Specifically, we noted that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). As appellant stated in the docketing statement, Summit Real Estate Group, Inc. was served and filed an answer, but respondent's claims against it were not adjudicated and remain pending below.

In response to our order to show cause, appellant argues that the order should be construed as final because it effectively resolved the issue of tender and thereby the remaining claims, and that appellant's appeal should not be dismissed simply because respondent has not pursued its claims against Summit Real Estate.

18-904753

An order is not final for purposes of appeal unless it "disposes of the issues presented in the case, determines the costs, and leaves nothing for the future consideration of the court." *Lee* at 426, 996 P.2d at 417. Appellant concedes that the order appealed from does not resolve all the outstanding clams and issues. NRCP 54(b) provides that "the court may direct the entry of a final judgment as to one or more but fewer than all of the parties only upon an express determination that there is no just reason for delay and upon an express direction for the entry of judgment." The district court has not certified the order appealed from. Accordingly, we conclude that the order appealed from is not final, we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Jerry A. Wiese, District Judge
       Janet Trost, Settlement Judge
       The Wright Law Group
       Akerman LLP/Las Vegas
       Eighth District Court Clerk